# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150616(88)

CRAIG HECHT,
      Plaintiff-Appellee,

v

NATIONAL HERITAGE ACADEMIES, INC.,
      Defendant-Appellant.
_____/

SC: 150616
COA: 306870
Genesee CC: 10-093161-CL

      On order of the Chief Justice, the motion of amicus curiae the Department of Attorney General to participate in oral argument by sharing seven minutes of defendant-appellant's allotted time for argument is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016

